IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiffs,<br><br>vs.<br><br>ERIC CHA,<br><br>      Defendant. | 8:23CR86<br><br>ORDER STAYING MAGISTRATE<br>JUDGE'S RELEASE ORDER |

  This matter is before the Court on the Government's Motion for Emergency Stay and for Review of Revocation of Bond Conditions. Filing 436. Among other things, the Government asks the Court to stay the order of a United States Magistrate Judge in the Central District of California granting defendant Eric Cha bond and conditions of release pending trial. Filing 436 at 1.

  The Government requests a stay of the order while the Court conducts its *de novo* review in consideration of the Government's request for revocation of the bond and conditions of release pursuant to 18 U.S.C. § 3145. Filing 436 at 4. Citing to Cha's ties to a foreign country, history of international travel, limited bail resources, and discrepancies in the financial information he has reported, the Government maintains that Cha is a flight risk. *See* Filing 436 at 3.

  On March 18, 2025, the Grand Jury in the District of Nebraska returned a three-count Third Superseding Indictment charging thirteen coconspirators, including defendant Eric Cha. Filing 375. Count I charges Cha and co-defendants with conspiracy to distribute and possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841 and 846. Filing 375 at 1–2. Count II charges Cha and co-defendants with money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i). Filing 375 at 2. Count III charges Cha and co-defendants with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). Filing 375 at 2–3. The Third Superseding Indictment also contains a forfeiture allegation identifying property related to the

charged offenses and includes a request for a money judgment against all the defendants in the amount of $250,000,000. Filing 375 at 3–7.

To allow the Court time to conduct its *de novo* review of the United States Magistrate Judge's May 16, 2025, order granting defendant Eric Cha bond and conditions of release pending trial, that order will be stayed pending the Court's ruling on the Government's Motion for Emergency Stay and for Review of Revocation of Bond Conditions. *See* 18 U.S.C. § 3145(a)(1); *see also United States v. Salazar-Andujo*, 599 F. Supp. 3d 491, 495 (W.D. Tex. 2022) (citing 18 U.S.C. § 3145(a)(1) and cases supporting the proposition that "the district court in the district where charges are pending can enter a stay of a release order issued by a magistrate judge of a different jurisdiction"). Accordingly,

IT IS ORDERED as follows:

1. The magistrate judge's May 16, 2025, order granting defendant Eric Cha bond and conditions of release pending trial is stayed pending this Court's ruling on the Government's Motion for Emergency Stay and for Review of Revocation of Bond Conditions, Filing 436;

2. Defendant Eric Cha shall be detained pending further order of the Court;

3. Defendant Eric Cha's counsel shall have until 12:00 p.m. CDT on Tuesday, May 27, 2025, to file a written response to the Government's Motion for Emergency Stay and for Review of Revocation of Bond Conditions; and

4. The Court will determine whether a hearing on the Government's Motion is required at a later date.

Dated this 23rd day of May, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge