FILED

2025 MAY 13 AM 11: 45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF(S): USA

v.

DEFENDANT(S): ERIC CHA

CASE NUMBER: 8:23CR86 / MJ 25-02883

**DECLARATION RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Eric CHA
in the District of Nebraska on 3/18/2025
at ___ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 2012 to 2020
in violation of Title 21 U.S.C., Section(s) 846
to wit:

A warrant for defendant's arrest was issued by: DENISE M. LUCKS, Clerk of the Court

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: Detention requested

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/13/25
              Date

Signature of Agent

Craig Allrich
Print Name of Agent

HSI
Agency

Special Agent
Title

CR-52 (03/20)     DECLARATION RE OUT-OF-DISTRICT WARRANT