IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>ERIC CHA,<br><br>       Defendant. | **8:23-CR-86**<br><br><br><br>**ORDER** |

This matter is before the Court on the Government's Motions to Extend. Filing 669; Filing 684. The Government seeks additional time to file its response to defendant Eric Cha's pretrial motions: a Motion to Suppress (Filing 596); a Motion to Compel Discovery (Filing 602); and a Motion to Dismiss Count Two of the Indictment and for a Bill of Particulars (Filing 607). The Motion to Suppress and Motion to Compel Discovery have been referred to United States Magistrate Judge Ryan C. Carson, and Judge Carson has granted the Government's request for an extension. Filing 672; Filing 686. The Court will likewise grant the Government's request for an extension as to the Motion to Dismiss. Accordingly,

IT IS ORDERED that the Government's Motions to Extend, Filing 669 and Filing 684, are granted as to the defendant's Motion to Dismiss Count Two of the Indictment and for a Bill of Particulars, Filing 607. The Government shall file its response brief in opposition to the defendant's Motion at Filing 607 on or before February 27, 2026.

Dated this 10th day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge